first blush as not having been reached in calm deliberation and without passion or prejudice, or some element which tended to bias the minds of the jurors.

From the facts and circumstances shown in the record, we have reached the conclusion that the amount of the verdict does not require us to apply the rule and hold that it is excessive.

The judgment of the circuit court is affirmed.

**UNITED CARBON GAS CO., Movant, v. G. C. JOHNSON, Opposed.**

January 21, 1949.

PER CURIAM.

Joe Hobson for movant.

Clark Pratt and Carl Perkins opposed.

Appeal denied. Judgment affirmed.